■ IBJ SCHRODER BANK & TRUST COMPANY, Appellant, v GARY R. KERNEY et al., Respondents. [608 NYS2d 816] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), dated May 17, 1993, which denied plaintiff's motion for summary judgment in an action based on a promissory note and personal guarantees, unanimously affirmed, with costs.

We agree with the IAS Court that material questions of fact exist with respect to the reasonableness of Schroder Bank's treatment of the collateral and its alleged refusal to sell it after repeated demands to do so by defendant (see, Federal Deposit Ins. Corp. v Marino Corp., 74 AD2d 620, 621). Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Tom, JJ.

■ JOHNNY RIVERA, Appellant, v JUSTICES OF THE NEW YORK STATE SUPREME COURT, Respondent. [606 NYS2d 667] — Order, Supreme Court, Bronx County (Barry Salman, J.), entered July 6, 1993, which, in a declaratory judgment action challenging the constitutionality of CPL 450.10 and 450.15, denied plaintiff's motion and granted defendants' motion for summary judgment, unanimously affirmed, without costs. Sua sponte leave to appeal to the Court of Appeals is hereby granted to appellant.

Initially, we note that these particular defendants, who are not in an adversarial position to the plaintiff, are inappropriate parties against whom to seek declaratory relief.

As the IAS Court noted, quite aside from whether the instant declaratory judgment action is a proper vehicle for testing the constitutionality of CPL 450.10 and 450.15 insofar as they limit a defendant's right to appeal from the denial of CPL 440.10 motion (see, Matter of Morgenthau v Erlbaum, 59 NY2d 143, cert denied 464 US 993), recent precedent in this Department squarely holds that such an order is not final but intermediate in nature, and, as such, the Legislature may constitutionally impose conditional limitations on the right of appeal (People v Thomas, 183 AD2d 457, lv denied 80 NY2d 934; accord, People v Ghee, 153 AD2d 954 [2d Dept], lv denied 76 NY2d 735; People v Simmonds, 182 AD2d 650 [2d Dept], lv denied 80 NY2d 910). Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Tom, JJ.